

227-07/DPM/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
International Alliance Ltd.
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 fax

Don P. Murnane, Jr. (DM 3639)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INTERNATIONAL ALLIANCE LTD.,

        Plaintiff,

  -against-

SOURCE LINK SHIPPING CO. LTD. BVI,

        Defendant.
------------------------------------------------------------x

07 CIV _____ (   )

**RULE 7.1 STATEMENT**

Plaintiff INTERNATIONAL ALLIANCE LTD.., by and through undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation in the United States owns 10% or more of its stock.

Dated: New York, New York
      May 2, 2007

                  FREEHILL HOGAN & MAHAR, LLP
                  Attorneys for Plaintiff
                  International Alliance Ltd.

          By: _____
              Don P. Murnane, Jr. (DM 3639)
              Lawrence J. Kahn (LK 5215)
              80 Pine Street
              New York, NY 10005
              (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/282608.1