UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| INTERNATIONAL ALLIANCE LTD.<br>               Plaintiff,<br><br>-V-<br><br>SOURCE LINK SHIPPING CO. LTD. BVI<br><br>               Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>07 VC 3525 (PLK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

10TH day of April, 2008

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

2nd day of March, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8631 6585 0140**

*J. Michael McMahon*
CLERK

Dated: New York, NY

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

---

**FedEx Express — International Air Waybill**  /0035/0250/0036907139/4  Sender's Copy

**1 From**
Date: 04/10/08
Sender's FedEx Account Number: 1079-3188-0
Sender's Name: [blank]  Phone: 212 425-1900
Company: FREEHILL HOGAN & MAHAR
Address: 80 PINE ST FL 24
City: NEW YORK  State/Province: NY
Country: US  ZIP: 10005

**2 To**
Recipient's Name: OFFICER/DIRECTOR
Company: SOURCE LINK SHIPPING Co LTD, BVI
Address: 15 DEJI MANSION
Address: 188 CHANGJIANG ROAD
City: NANJING
Country: CHINA (PRC)  ZIP: 210018

**3 Shipment Information**
Total Packages: 1
Commodity Description: LEGAL DOCUMENTS
Value for Customs: $1
Total Value for Customs: $1

**4 Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Envelope

**7a Payment** Bill transportation charges to: ☒ Sender

**7b Payment** Bill duties and taxes to: ☒ Sender

**8 Your Internal Billing Reference:** 227-07/DPM

FedEx Tracking Number: 8631 6585 0140