# UNITED STATES DISTRICT COURT



SOUTHERN   DISTRICT OF   NEW YORK

## SUMMONS IN A CIVIL ACTION

INTERNATIONAL ALLILANCE LTD.,

                          Plaintiff,          07 CV _____ ( )

  -against-

SOURCE LINK SHIPPING CO. LTD. BVI
                      Defendant.

TO: (NAME AND ADDRESS OF DEFENDANTS)
    SOURCE LINK SHIPPING CO. LTD. BVI
    15 Deji Mansion, 188 Changjiang Road
    Nanjing 210018 Peoples Republic of China

**07 CV 3525**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (NAME AND ADDRESS)

FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425 1900
Attn: Don P. Murnane, Jr. Esq. and Lawrence J. Kahn, Esq.

an answer to the verified complaint which is hereby served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the verified complaint.

MAY 02 2007

J. MICHAEL McMAHON
CLERK                                        DATE

BY DEPUTY CLERK

![FedEx]

Español | Customer Support | FedEx Locations  Search [ ] Go

Package/Envelope | Freight | Expedited | Office/Print Services
Ship ▸  Track ▸  Manage ▸  Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version   Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 863165850140 | **Reference** | 227-07/DPM | **Wrong Address?** Reduce future mist: |
| **Signed for by** | P.CHEN | **Destination** | NANJING CN | FedEx Address Ch |
| **Ship date** | Apr 10, 2008 | **Delivered to** | Mailroom | |
| **Delivery date** | Apr 14, 2008 9:42 AM | **Service type** | Priority Envelope | **Tracking a FedEx** Shipment? |
| | | **Weight** | 0.5 lbs. | Go to shipper login |
| **Status** | Delivered | | | |
| **Signature image available** | No | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 14, 2008 | 9:42 AM | Delivered | NANJING CN | |
| | 8:42 AM | On FedEx vehicle for delivery | NANJING CN | |
| | 7:50 AM | At local FedEx facility | NANJING CN | |
| Apr 13, 2008 | 11:48 PM | In transit | SHANGHAI CN | |
| Apr 12, 2008 | 10:55 PM | Int'l shipment release | SHANGHAI CN | |
| Apr 11, 2008 | 10:29 AM | Departed FedEx location | ANCHORAGE, AK | |
| | 10:19 AM | In transit | ANCHORAGE, AK | |
| | 9:49 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 7:10 AM | Departed FedEx location | MEMPHIS, TN | |
| | 2:26 AM | Departed FedEx location | MEMPHIS, TN | |
| Apr 10, 2008 | 9:40 PM | Left origin | NEW YORK, NY | |
| | 6:43 PM | Picked up | NEW YORK, NY | |

[ Signature proof ] [ E-mail results ] [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name: [            ]    Your e-mail address: [            ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [            ] | English | ☐ | ☐ |
| [            ] | English | ☐ | ☐ |
| [            ] | English | ☐ | ☐ |
| [            ] | English | ☐ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[Submit]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA▵
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*¹
DANIEL J. FITZGERALD*†▵
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N J 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

---

**FedEx Express — International Air Waybill** /0035/0250/0036907139/4

**1 From**
Date: 04/10/08
Sender's FedEx Account Number: 1079-3168-0
Sender's Name — Phone: 212 425-1900
Company: FREEHILL HOGAN & MAHAR
Address: 80 PINE ST FL 24
City: NEW YORK   State: NY
Country: US   ZIP: 10005

**2 To**
Recipient's Name: OFFICER/DIRECTOR
Company: SOURCE LINK SHIPPING Co LTD, BVI
Address: 15 DEJI MANSION
Address: 188 CHANGJIANG ROAD
City: NANJING
Country: CHINA (PRC)   ZIP: 210018

**3 Shipment Information**
Total Packages: 1
Commodity Description: LEGAL DOCUMENTS
COMPLETE IN ENGLISH
Total Value for Customs: $1
Total Value for Carriage: $1

**4 Express Package Service**
☒ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

**5 Packaging**
☒ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other
☐ FedEx 10kg Box
☐ FedEx 25kg Box

**6 Special Handling**
☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:
☒ Sender

**7b Payment** Bill duties and taxes to:
☒ Sender

**8 Your Internal Billing Reference:** 227-07/DPM

FedEx Tracking Number: 8631 6585 0140
Form ID No.: 0402
521