```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

227-07/DPM/LJK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INTERNATIONAL ALLIANCE LTD.,

                Plaintiff,

    -against-

SOURCE LINK SHIPPING CO. LTD. BVI,

               Defendant.
------------------------------------------------------------x

07 CIV 3525 (PKL)

**ORDER TO SHOW CAUSE**

UPON THE MOTION of Plaintiff INTERNATIONAL ALLIANCE LTD., and the Affirmation of Lawrence J. Kahn executed May 8, 2008, and all the other pleadings and proceedings had herein,

LET DEFENDANT SOURCE LINK SHIPPING CO. LTD. BVI SHOW CAUSE before the Honorable Peter K. Leisure, United States District Judge, at the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18-B, New York, New York, on the 4th day of June, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, why an order entering judgment by default on the principal amount of the Plaintiff's claim against SOURCE LINK should not be entered together with the granting of such other, further and different relief, including but not limited to the recovery of the attorneys fees, interest and costs of this action and the costs of collection, as the Court may deem just and proper in the premises.

LET service of a copy of this Order, together with a copy of the Kahn Affirmation, by Federal Express or equivalent courier service that provides proof of delivery to the offices of SOURCE LINK SHIPPING CO. LTD. BVI, 15 Deji Mansion,

NYDOCS1/304079.1                1

188 Changjiang Road, Nanjing 210018, Peoples Republic of China, if mailed on or before May 13, 2008 be deemed good and sufficient service; and

IT IS FURTHER ORDERED that answering papers, if any, including but not limited to Affidavit(s), Affirmation(s), Declaration(s), Exhibits and/or Memoranda of Law shall be filed and served so as to be received by counsel for Plaintiff (Freehill Hogan & Mahar, LLP) at their offices on or before five o'clock on the 27 day of May 2008, and reply papers, if any, including but not limited to Affidavit(s), Affirmation(s), Declaration(s), Exhibits and/or Memoranda of Law shall be filed and served so as to be received by counsel for Defendant at its offices on or before five o'clock on the 30 day of May, 2008.

IT IS FURTHER ORDERED that in the event no response is submitted by SOURCE LINK SHIPPING CO. LTD. BVI, judgment by default will be entered in favor of Plaintiff and against Defendant.

Dated: New York, New York
       May 9, 2008

_____
For The Hon. Peter K. Leisure, U.S.D.J.

TO:   SOURCE LINK SHIPPING CO. LTD. BVI
      15 Deji Mansion
      188 Changjiang Road
      Nanjing 210018
      Peoples Republic of China