# Exhibit 2

KAHN AFFIRMATION

EXHIBIT 2

Nov. 13, 2006 Charter Party Fixture

Page 1 of 2

Print Copy for : Bakivanos John.

---

Received Inc.MSG.: 1198580        Date: Thu 09/Nov/2006 17:32
From: IFCHOR <capes@ifchor.ch>
Subject: DIAMOND WARRIOR EXTENSION
TO : <chartering@polembros.gr>


Doc-No. 3389615   9/NOV/2006  16:30 h   EB

IFCHOR CAPES


TO SOURCELINK : ATT KINGSUN
CC POLMEBROS : ATT TASOS


DIAMOND WARRIOR / SOURCELINK

-WE ARE PLEASED TO RECAP HAVING FIXED AS FOLLOWS :

- DELIVERY IN DIRECT CONTIUNATION I.E. 0920 HRS 28 FEBRUARY 2007

- DURATION: MIN 24 MONS / ABT 26 MONS  ABOUT IS EQUAL TO 15 DAYS

- HIRE RATE: AVER OF THE 4 T/C ROUTES PER MONTH WITH 9% DISCOUNT   ——— 7α))ω)

- IF INDEX METHODOLOGY CHANGES DURING THE COURSE OF OUR CHARTER (IN TERMS OF SIZE OF SHIPS OR IN TERMS OF ROUTES THE INDEX REFLECTS, BOTH PARTIES TO AGREE NEW % FORMULA WHICH CORRECTLY REFLECTS THE DIAMOND WARRIOR  VALUE
AGAINST THE INDEX ).

- INTERMEDIATE HOLD CLEANING AS PER CLA 65 IS USD 700 PER HOLD SWEPT.

-BUNKER QUALITY CLAUSE,
    NOT WITHSTANDING ANYTHING ELSE CONTAINED IN THE CHARTER PARTY, THE CHARTERERS SHALL SUPPLY FUELS OF SUCH SPECIFICATIONS AND GRADES TO PERMIT THE VESSEL, AT ALL TIMES, TO MEET THE MAXIMUM SULPHUR CONTENT REQUIREMENTS OF ANY EMISSION CONTROL ZONE WHEN THE VESSEL IS TRADING WITHIN THAT ZONE. THE CHARTERERS SHALL INDEMNIFY, DEFEND AND HOLD HARMLESS THE OWNERS IN RESPECT OF ANY LOSS, LIABILITY, DELAY, FINES,COSTS OR EXPENSES ARISING OR RESULTING FROM THE CHARTERERS' FAILURE TO COMPLY WITH THIS CLAUSE. FOR THE PURPOSE OF THIS CLAUSE, '' EMISSION CONTROL ZONE'' SHALL MEAN ZONES AS STIPULATED IN MARPOL ANNEX VI AND/OR ZONES REGULATED BY REGIONAL AND/OR NATIONAL AUTHORITIES SUCH AS, BUT NOT LIMITED TO, THE EU AND THE US ENVIRONMENTAL PROTECTION AGENCY

- OTHERS AS PER DIAMOND WARRIOR CP  DD  1 AUG  2006

- ADD COM: 3.75% +1.25% IFCHOR CAPES

- SUB CHTRS RECONFIRM W/I 2 WORKING DAYS AFMT
    IE 17.15 GREEK TIME MONDAY 13 NOVEMBER 2006


VERY MANY THANKS TO BOTH PARTIES THUS FAR

KIND REGARDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IFCHOR GROUP SA, Place P?pinet 1, 1003 Lausanne, Switzerland
as brokers only

capes@ifchor.ch - panamax@ifchor.ch - handy@ifchor.ch
securities@ifchor.ch - operations@ifchor.ch - capesops@ifchor.ch
www.ifchor.com

Phone: +41 21 310.31.31 - Fax: +41 21 310.31.00/01
   Tlx: 450 351 IFC CH - 450 352 IFOPS CH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*