# Exhibit 3

Case 1:07-cv-03525-PKL    Document 9-5    Filed 05/09/2008    Page 1 of 4

KAHN AFFIRMATION

EXHIBIT 3

Transfield Charter Party Fixture



Print Copy for : Kassimis Yannis
_____

Received Inc.MSG.: 1302806            Date: Thu 19/Apr/2007 12:24
From: IFCHOR <capes@ifchor.ch>
Subject: DIAMOND WARRIOR
TO : <chartering@polembros.gr>


Doc-No. 3832147  19/APR/2007  11:17 h  EB

Ifchor Capes



TO TER         /            ATTN NICHOLAS
TO POLEMBROS / ATTN TASOS

DIAMOND WARRIOR / TER
=====================

REF TELCONVS PLSD TO CONFIRM FXD CLEAN ASF:

WITH CHRTS SUBJECTS LIFTED WITHIN TIME

-MV.DIAMOND WARRIOR/SDSTOC/FLAG ST VINCENT/BLT DEC 1984
 ALL DETAILS ABOUTS:-
 197091MT DWT ON 17.831MTRS SSW/TPC: 136.70T
 132284.2 CBM GRAIN
 CUBIC BREAKDOWN:-
 NO   1)19438.70 CBM
 NO   2)22503.00 CBM
 NO   3)45875.70 CBM
 NO   4)22503.00 CBM
 NO   5)21963.80 CBM
 5 HOLDS/6 HATCHES
 HATCH SIZES:-
 NO    1)12.60M FWD - 15.80M AFT WIDTH X 29.70M LENGTH
 NOS  2-6)15.80M WIDTH X 22.08M LENGTH
 ABT 12K AVE LADEN/BALLAST ON ABT 50LT IFO 380 + ABT 2LT  DOIL
 MAX BEAUFORT 4 AND DOUGLAS SEASTATE 3 AT SEA IN  GOOD WEATHER/SMOOTH
 SEA UPTO AND INCL BF4/DSS3 WITH NO ADVERSE CURRENT/NO SWELL
 PORT CONSUMPTION: ABT 3LT IFO + 3LT DOIL
 VESSELS BURNS DOIL WHEN MANOUVERING IN/OUT PORTS, RIVERS,
 CANALS/CONFINED WATERWAYS ETC
 EACH BALLAST/DEBBALLAST OPERATION:ABT 6LT IFO + ABT 6LT DOIL
 BUNKER QUALITIES: ISO 8217(1987)/BSMA 100(1989)
                   FUEL RMG 35/DOIL DMB
 DISTANCE FROM VESSELS SIDE TO FAR SIDE OF HOLD: 32.90M
 WLTHC IN HEAVY BALLAST: 14.5M IN HEAVY BALLAST
 DISTANCE KTTHC: 26.80M
 BUNKER CAPACITIES: ABT 4000T IFO/ABT 280T DOIL
 GT: 97183T /NT: 40879T
 LOA: 300MTRS/BM: 50MTS
 CLASS: HIGHEST NKK
 COMMUNICATIONS: CALL SIGN J8XU4/PHO 008870762827934/TLX 437539610 DIWA

ACCT TER CAPE LTD BVI

-DELY TREO SAILED MAJISHAN 15TH APRIL 1830HRS
-RVOYAGE VIA BRAZIL WITH IRONORE IN BULK EXCL DRI/DRIP/HBI/SPONGE IRON

AND ALWAYS LOADED WITH IMO/LOCAL RULES/REGULATIONS AND RECOMENDATIONS
-REDELY DOLSP SP CHINA PORT CHOP ATDNSC
-HIRE USD 70000 DAILY INCL OTIME
-BUNKERS ON DELIVERY ABT 1815MT IFO AND ABT 290.00 MT DOIL
 BUNKERS ON REDELIVERY ABT SAME QUANTITIES AS ACTUALLY ON DELIVERY
 PRICES BENDS USD350PMT IFO AND USD615PMT DOIL
 NOT WITHSTANDING ANYTHING ELSE CONTAINED IN THE CHARTER PARTY, THE
 CHARTERERS SHALL SUPPLY FUELS OF SUCH SPECIFICATIONS AND GRADES TO
 PERMIT THE VESSEL, AT ALL TIMES, TO MEET THE MAXIMUM SULPHUR CONTENT
 REQUIREMENTS OF ANY EMISSION CONTROLZONE WHEN THE VESSEL IS TRADING
 WITHIN THAT ZONE. THE CHARTERERS SHALL INDEMNIFY, DEFEND AND HOLD
 HARMLESS THE OWNERS IN RESPECT OF ANY LOSS, LIABILITY, DELAY,
 FINES,COSTS OR EXPENSES ARISING OR RESULTING FROM THE CHARTERERS'
 FAILURE TO COMPLY WITH THIS CLAUSE. FOR THE PURPOSE OF THIS CLAUSE,
 '' EMISSION CONTROL ZONE'' SHALL MEAN ZONES AS STIPULATED IN MARPOL
 ANNEX VI AND/OR ZONES REGULATED BY REGIONAL AND/OR NATIONAL
 AUTHORITIES SUCH AS, BUT NOT LIMITED TO, THE EU AND THE US
 ENVIRONMENTAL PROTECTION AGENCY.
-C/V/E USD 1500 L/SUM
-ILOHC USD 6000 L/SUM PMPR
-3.75PCT ADDCOMM + 1.25PCT IFCHOR CAPES
-O/WISE AS PER 'MYKONOS/TER' C/P WITH ONLY TO LOGICAL ALTERATIONS
+++ END RECAP +++


OWNS TO PLS PROVIDE SMC/DOS/ISSC/CLASS CERT/ RIGHTSHIP QUEST
ASAP


THX FOR THIS FIXTURE / BEST RGDS


************************************************************
IFCHOR GROUP SA, Place P?pinet 1, 1003 Lausanne, Switzerland
as brokers only

capes@ifchor.ch - panamax@ifchor.ch - handy@ifchor.ch
securities@ifchor.ch - operations@ifchor.ch - capesops@ifchor.ch
            www.ifchor.com

Phone: +41 21 310.31.31 - Fax: +41 21 310.31.00/01
   Tlx: 450 351 IFC CH -  450 352 IFOPS CH

************************************************************