# Exhibit 4

KAHN AFFIRMATION

EXHIBIT 4

Wylex Charter Party Fixture



**Message 1368512 Details**

TO..: "Polembros Shipping Ltd."
SUBJ: MV DIAMOND WARRIOR/WYLEX - AMENDED CLEAN RECAP
FROM: "NORTH STAR SHIPPING SA"<chart@nstar.gr>
DATE: 20-JUL-2007 13:53
MSG.: 2149185

TEL: +30210 9822223 FAX: +30210 9836888

ATTN TASOS

MV DIAMOND WARRIOR / WYLEX

HEREWITH FULL RECAP OF CLEAN FIXTURE AMENDED AS REGARDS LOADING RANGE
IN ACCORDANCE WITH YOUR REQUEST:

CHRTS HAVE ALREADY ADVISED PORT HEDLAND HAS BEEN DECLARED BY SHIPPERS
AS LOADPORT.


ACC CHINA SHIPPING DEVELOPMENT (HK) WYLEX LTD

-MV DIAMOND WARRIOR/SDST0C/FLAG ST VINCENT/BLT DEC 1984
 ALL DETAILS ABOUTS:-
 197091MT DWT ON 17.831MTRS SSW/TPC: 136.70T
 132284.2 CBM GRAIN
 CUBIC BREAKDOWN:-
 NO 1)19438.70 CBM
 NO 2)22503.00 CBM
 NO 3)45875.70 CBM
 NO 4)22503.00 CBM
 NO 5)21963.80 CBM
 5 HOLDS/6 HATCHES
 HATCH SIZES:-
 NO   1)12.60M FWD - 15.80M AFT WIDTH X 29.70M LENGTH
 NOS 2-6)15.80M WIDTH X 22.88M LENGTH
 ABT 12K AVE LADEN/BALLAST ON ABT 50LT IFO 380 + ABT 2LT DOIL
 MAX BEAUFORT 4 AND DOUGLAS SEASTATE 3 AT SEA IN GOOD WEATHER/SMOOTH
 SEA UPTO AND INCL BF4/DSS3 WITH NO ADVERSE CURRENT/NO SWELL
 PORT CONSUMPTION: ABT 3LT IFO + 3LT DOIL
 VESSELS BURNS DOIL WHEN MANOUVERING IN/OUT PORTS, RIVERS,
 CANALS/CONFINED WATERWAYS ETC
 EACH BALLAST/DEBBALLAST OPERATION:ABT 6LT IFO + ABT 6LT DOIL
 BUNKER QUALITIES: ISO 8217(1987)/BSMA 100(1989)
         FUEL RMG 35/DOIL DMB
 DISTANCE FROM VESSELS SIDE TO FAR SIDE OF HOLD: 32.90M
 WLTHC IN HEAVY BALLAST: 14.5M IN HEAVY BALLAST
 DISTANCE KTTHC: 26.80M
 GT: 97183T /NT: 40879T
 LOA: 300MTRS/BM: 50MTS
 CLASS: HIGHEST NKK
 COMMUNICATIONS: CALL SIGN J8XU4/PHO 00870762827934/TLX 437539610 DIWA

-dely: dlosp SP CHINA INT caofeidian atdnshinc
-l/c: 12.00 HRS 28 JULY / 04 AUGUST
-one tct via sp(s) W.Aus intn port hedland, to China with iron ore ALWAYS
 EXCL DRI/DRIP/HBI/SPONGE IRON AND LOADED WITHIN IMO/LOCAL/RULES

AND RECOMMENDATIONS
-redly dlosp sp China atdnshine
-Hire: usd80,000.- diot
-c/v/e usd 1500,- or prorata
-ilohc usd 6000,- ls
-BOD abt 1800/2000 mt ifo and abt 260/290 mt mdo
BUNKERS ON REDEL TO BE ABT SAME QUANTITIES AS ACTUALLY ON DELIVERY.
prices bends USD400.00 PER MT IFO and USD650 PER MT DOIL
NOT WITHSTANDING ANYTHING ELSE CONTAINED IN THE CHARTER PARTY, THE
CHARTERERS SHALL SUPPLY FUELS OF SUCH SPECIFICATIONS AND GRADES TO
PERMIT THE VESSEL, AT ALL TIMES, TO MEET THE MAXIMUM SULPHUR CONTENT
REQUIREMENTS OF ANY EMISSION CONTROLZONE WHEN THE VESSEL IS TRADING
WITHIN THAT ZONE. THE CHARTERERS SHALL INDEMNIFY, DEFEND AND HOLD
HARMLESS THE OWNERS IN RESPECT OF ANY LOSS, LIABILITY, DELAY,
FINES,COSTS OR EXPENSES ARISING OR RESULTING FROM THE CHARTERERS'
FAILURE TO COMPLY WITH THIS CLAUSE. FOR THE PURPOSE OF THIS CLAUSE,
" EMISSION CONTROL ZONE" SHALL MEAN ZONES AS STIPULATED IN MARPOL
ANNEX VI AND/OR ZONES REGULATED BY REGIONAL AND/OR NATIONAL
AUTHORITIES SUCH AS, BUT NOT LIMITED TO, THE EU AND THE US
ENVIRONMENTAL PROTECTION AGENCY.
-comm: 3.75pct add plus 1.25 north star
-OTHERWISE TERMS OF PREVIOUS 'MV ANDROS WARRIOR/WYLEX' C/P WITH LOGICAL
AMENDMENTS ONLY.
END


BEST RGDS