# Exhibit 5

Case 1:07-cv-03525-PKL    Document 9-7    Filed 05/09/2008    Page 1 of 5

KAHN AFFIRMATION

EXHIBIT 5

Noble Charter Party Fixture


Print Copy for : Kassimis Yannis

---

Received Inc.MSG.: 1387841         Date: Thu 16/Aug/2007 19:23
From: NORTH STAR  <chart@nstar.gr>
Subject: mv diamond warrior / noble - RECAP
TO : <"Polembros Shipping Ltd."<polembros@otenet.gr>>


TO..: "Polembros Shipping Ltd."
SUBJ: mv diamond warrior / noble - RECAP
FROM: "NORTH STAR SHIPPING SA"<chart@nstar.gr>
DATE: 16-AUG-2007 19:20
MSG.: 2169602


TEL: +30210 9822223 FAX: +30210 9836888


ATTN TASOS

MV DIAMOND WARRIOR / NOBLE


HEREWITH FULL RECAP OF CLEAN FIXTURE:



-ACCT NOBLE CHARTERING INC, BVI

-MV DIAMOND WARRIOR/SDSTOC/FLAG ST VINCENT/BLT DEC 1984
 ALL DETAILS ABOUTS:-
 197091MT DWT ON 17.831MTRS SSW/TPC: 136.70T
 132284.2 CBM GRAIN
 CUBIC BREAKDOWN:-
 NO   1)19438.70 CBM
 NO   2)22503.00 CBM
 NO   3)45875.70 CBM
 NO   4)22503.00 CBM
 NO   5)21963.80 CBM
 5 HOLDS/6 HATCHES
 HATCH SIZES:-
 NO    1)12.60M FWD - 15.80M AFT WIDTH X 29.70M LENGTH
 NOS  2-6)15.80M WIDTH X 22.88M LENGTH
 ABT 12K AVE LADEN/BALLAST ON ABT 50LT IFO 380 + ABT 2LT  DOIL
 MAX BEAUFORT 4 AND DOUGLAS SEASTATE 3 AT SEA IN  GOOD WEATHER/SMOOTH
 SEA UPTO AND INCL BF4/DSS3 WITH NO ADVERSE CURRENT/NO SWELL
 PORT CONSUMPTION: ABT 3LT IFO + 3LT DOIL
 VESSELS BURNS DOIL WHEN MANOUVERING IN/OUT PORTS, RIVERS,
 CANALS/CONFINED WATERWAYS ETC
 EACH BALLAST/DEBBALLAST OPERATION:ABT 6LT IFO + ABT 6LT DOIL
 BUNKER QUALITIES: ISO 8217(1987)/BSMA 100(1989)
                   FUEL RMG 35/DOIL DMB
 DISTANCE FROM VESSELS SIDE TO FAR SIDE OF HOLD: 32.90M
 WLTHC IN HEAVY BALLAST: 14.5M IN HEAVY BALLAST
 DISTANCE KTTHC: 26.80M
 GT: 97183T /NT: 40879T
 LOA: 300MTRS/BM: 50MTS
 CLASS: HIGHEST NKK
 COMMUNICATIONS: CALL SIGN J8XU4/PHO 00870762827934/TLX 437539610 DIWA



```
1) FULL STYLE OF OWNERS:
   INTERNATIONAL ALLIANCE LTD
   MONROVIA
   LIBERIA
2) FULL STYLE OF MANAGERS:
   POLEMBROS SHIPPING LIMITED
   POSIEDONOS AVE 57A
   ATHENS
   GREECE
   TEL: 00302104580300
   EMAIL: POLEMBROS@OTENET.GR
   CONTACT: MR A.STELLAS/MR J.BAXIVANOS
3) VSLS PNI CLUB: THE AMERICAN CLUB
4) VSLS H+M VALUE: USD25M
5) VSLS CLASS: NKK
6) VSLS WLTHC : 14.5M IN HEAVY BALLAST
7) VSLS TPC: 136.70T
   CONSTANTS: 800MT EXCL FW
8) VSLS GRT/NRT: GT: 97183T /NT: 40879T
9) VSL CLASSED FOR ALTERNATE HOLD LOADING:HOWEVER CARGO TO
   BE LOADED IN ALL HOLDS
10) DATE OF LAST DRY DOCKING:REVERTING
11/17) CERTS SENT TO CHARTERERS
18) LAST SIX CARGOES : IRONORE       PORT HEDLAND / MARJISHAN+BAOSHAN
                       IRONORE       LA GUAIBA / CAOFEIDIAN
                       IRONORE          DAMPIER / MAJISHAN+BAOSHAN
                       IRONORE       PORT HEDLAND / MAJISHAN+NANTONG
                       IRONORE          DAMPIER / MAJISHAN+BAOSHAN
                       IRONORE       PORT HEDLAND / MAJISHAN+BAOSHAN
19) VSLS HATCH SIZES:
    NO   1)12.60M FWD - 15.80M AFT WIDTH X 29.70M LENGTH
    NOS  2-6)15.80M WIDTH X 22.88M LENGTH
20) VSLS TELEX NO. AND CALL SIGN: REVERTING
21) MAX DEBALLASTING TIME AT LOADPORT: ABT 24HRS
22) HAS VSL BEEN ACCEPTED FOR LOADING IN BRAZIL: YES
23) VSL'S LAST CALL BRAZIL: LA GUIBA
24) PLEASE CONFIRM OWNERS' HAVE A VALID ISSC: CERT SENT TO CHARTERERS
25) PLEASE ADVISE CSO AND SSO DETAILS:
    CSO
    NAME: CPT. CHARALAMPOS KOURKOUMELIS
    TEL: +30 210 4580300
    FAX: +30 210 4291030
    MOB: +30 6946004176
    E-MAIL: polembros@otenet.gr


    SSO
    SSO NAME:POSAS CHARLES
    TEL:00873762837684
    FAX:00870762837686
26) PLEASE ADVISE HEAD-OWNER'S FULL STYLE AND ADDRESS.N/A
27) PLEASE ADVISE LAST 10 PORTS OF CALL:SEE 18 ABOVE



-DELY DLOSP CHINA PORT O/O ATDNSC INT BAOSHAN
-LAYCAN 05/14 SEPT'07 ETR 6 SEPT AGW/WP/WOG
-TRIP VIA SPS BRAZIL/CHINA WITH IRONORE IN BULK ALWAYS
 EXCLUDING DRI/DRIP/HBI/SPONGE IRON AND ALWAYS LOADED WITHIN
 IMO/LOCAL RULES/REGULATIONS AND RECOMMENDATIONS
-REDELY DLOSP SP CHINA PORT CHOP ATDNSC
-HIRE USD97500 DAILY INCL OTIME
-SUB BUNKERS ON DELIVERY.
 BUNKERS ON REDELIVERY TO BE ABOUT SAME QUANTITIES AS ON DELIVERY.
```

```
BUNKER PRICES TO BE SAME BENDS.
NOT WITHSTANDING ANYTHING ELSE CONTAINED IN THE
CHARTER PARTY, THE CHARTERERS SHALL SUPPLY FUELS OF SUCH
SPECIFICATIONS AND GRADES TO PERMIT THE VESSEL, AT ALL
TIMES, TO MEET THE MAXIMUM SULPHUR CONTENT REQUIREMENTS OF
ANY EMISSION CONTROLZONE WHEN THE VESSEL IS TRADING WITHIN
THAT ZONE. THE CHARTERERS SHALL INDEMNIFY, DEFEND AND HOLD
HARMLESS THE OWNERS IN RESPECT OF ANY LOSS, LIABILITY, DELAY,
FINES,COSTS OR EXPENSES ARISING OR RESULTING FROM THE CHARTERERS'
FAILURE TO COMPLY WITH THIS CLAUSE. FOR THE PURPOSE OF THIS CLAUSE,
'' EMISSION CONTROL ZONE'' SHALL MEAN ZONES AS STIPULATED IN MARPOL
ANNEX VI AND/OR ZONES REGULATED BY REGIONAL AND/OR NATIONAL
AUTHORITIES SUCH AS, BUT NOT LIMITED TO, THE EU AND THE US
ENVIRONMENTAL PROTECTION AGENCY.
-C/V/E USD1500.00 L/SUM PMPR
-ILOHC USD6000.00 L/SUM
-LESS 3.75PCT ADDCOM + 1.25 NSTAR
-OTHERWISE TERMS MV KASSOS WARRIOR/NOBLE CP DD 08.08.07 LOGICALLY AMENDED,
 IN ACCORDANCE WITH MAIN TERMS AGREED, AND WITH FOLL ALTERATIONS:

CL.93 RIGHTSHIP CLAUSE
      DELETE "WHEN VSL NEXT FREE OF CARGO"  AND
      INSERT "AT LATEST UPON VESSEL'S DELIVERY."

END


BEST RGDS
```