# Exhibit 6

KAHN AFFIRMATION

EXHIBIT 6

Noble Charter Party Fixture -- First Renewal

ΑΠΟ:                          AP.ΦΑΞ :2104580411           07 MAI. 2008 16:31    P 3

Page 1 of 1

Message 1449716 Details
Subject: MV DIAMOND WARRIOR/NOBLE - CLEAN RECAP
Attachments:
Date: Fri, 09 Nov 2007 12:39:22
From: <chart@nstar.gr>
To: "polembros@polembros.gr" <polembros@otenet.gr>

TO..: "Polembros Shipping Ltd."
SUBJ: MV DIAMOND WARRIOR/NOBLE - CLEAN RECAP
FROM: "NORTH STAR SHIPPING SA"<chart@nstar.gr>
DATE: 09-NOV-2007 12:36
MSG.: 2301571


TEL: +30210 9822223 FAX: +30210 9836888


ATTN TASOS


MV DIAMOND WARRIOR / NOBLE - CP DD 09 NOV'07


HEREWITH RECAP OF CLEAN FIXTURE


-ACCT NOBLE CHARTERING INC, BVI

-MV DIAMOND WARRIOR
------------------ VSL AS DESCRIBED IN CURRENT C/P DD 16.08.07

-DELY/LAYCAN IN DIRECT CONTINUATION FROM CURRENT CP

-FOR ONE RVOYAGE VIA SPS BRAZIL OR IN CHOP VIA SPS WAUSSIE
OR CHILE OR SALDANHA BAY OR INDIA WITH IRONORE IN BULK
ALWAYS EXCLUDING DRI/DRIP/HBI/SPONGE IRON AND ALWAYS LOADED WITHIN
IMO/LOCAL RULES/REGULATIONS AND RECOMMENDATIONS

-CHRTRS TO DECLARE INTENDED VOYAGE ON LIFTING SUBS, AND DEFINITE
VOYAGE LATEST 10 DAYS PRIOR TO DELIVERY.

-HIRE USD 150,000.00 DAILY INCL OTIME

-REDELY DLOSP SP CHINA PORT CHOP ATDNSC

-"AT TIME OF FIXING VSSL IS RIGHTSHIP APPROVED, OWNERS WILL
DO BEST ENDEAVOURS TO MAINTAIN APPROVAL DURING DURATION OF C/P.
IF VESSEL CEASES TO BE ACCEPTABLE TO RIGHTSHIP, CHTRS HAVE THE
OPTION TO CANCEL THE CP AT LATEST UPON VESSEL'S DELIVERY."

-OTHERWISE AS PER MV DIAMOND WARRIOR/NOBLE C/P DD 16.08.07
WITH ONLY LOGICAL ALTERATIONS.

END


RGRDS