# Exhibit 7

KAHN AFFIRMATION

EXHIBIT 7

Noble Charter Party Fixture – Second Renewal

Print Copy for : Gare David
_____

Received Inc.MSG.: 1511104         Date: Fri 15/Feb/2008 12:00
From: NORTH STAR  <<chart@nstar.gr>>
Subject: MV DIAMOND WARRIOR/NOBLE - CLEAN RECAP
TO : <"Polembros Shipping Ltd."<polembros@otenet.gr>>


TO..: "Polembros Shipping Ltd."
SUBJ: MV DIAMOND WARRIOR/NOBLE - CLEAN RECAP
FROM: "NORTH STAR SHIPPING SA"<chart@nstar.gr>
DATE: 15-FEB-2008 11:58
MSG.: 2447184


TEL: +30210 9822223 FAX: +30210 9836888


ATTN TASOS


MV DIAMOND WARRIOR / NOBLE


PLSD TO CONFIRM CHRTRS HAVE LIFTED THEIR SUBS SO VSSSL NOW FIXED CLEAN
AS FOLLOWS:


FIXTURE RECAP - C/P DATED 15 FEBRUARY, 2008
------------------------

-ACCT NOBLE CHARTERING INC, BVI

-MV DIAMOND WARRIOR
 ------------------------
 AS DESCRIBED IN CURRENT CP DD 09 NOV 2007

-DELY/LAYCAN IN DIRECT CONTINUATION FROM CURRENT CP

-FOR ONE RVOYAGE VIA SPS BRAZIL WITH IRONORE IN BULK
 ALWAYS EXCLUDING DRI/DRIP/HBI/SPONGE IRON AND ALWAYS LOADED WITHIN
 IMO/LOCAL RULES/REGULATIONS AND RECOMMENDATIONS

-HIRE USD100,000.- DAILY INCL OTIME

-REDELY DLOSP SP CHINA PORT CHOP ATDNSC

-OTHERWISE AS PER TERMS MV DIAMOND WARRIOR/NOBLE CP DD 09.11.07
 WITH LOGICAL ALTERATIONS ONLY.

END


BRGDS