USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INTERNATIONAL ALLIANCE LTD.,
                  Plaintiff,

-against-

SOURCE LINK SHIPPING CO. LTD. BVI,
                  Defendant.
-------------------------------------------------------------X

07 CIVIL 3525 (PKL)
**JUDGMENT**

#08,0963

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Peter K. Leisure, United States District Judge, and the Court, on June 3, 2008, having rendered its Order directing the Clerk of the Court to enter judgment in favor of plaintiff International Alliance, Ltd. and against Source Link Shipping Co., Ltd. BVI in the sum of $11,986,920.57 plus interest and taxable costs, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 3, 2008, judgment is entered in favor of plaintiff International Alliance, Ltd. and against Source Link Shipping Co., Ltd. BVI in the sum of $11,986,920.57 plus interest and taxable costs; the Court orders that ten business days after entry of this Judgment, any garnishee bank holding property of Source Link, upon receipt of a copy of this Judgment, is directed to release the full amount of any such funds, including any after-acquired property and/or interest earned on such funds (if any) to Plaintiff's counsel, or at Plaintiff's counsel's direction, forthwith, up to the full amount of the Judgment.

**Dated:** New York, New York
           June 3, 2008

                                                            **J. MICHAEL McMAHON**
                                                                **Clerk of Court**
                                      BY:
                                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____